# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GREYHOUND LINES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:02CV191 |
| | ) | |
| v. | ) | **AMENDED** |
| | ) | **FINAL PROGRESSION ORDER** |
| **ROBERT WADE, et al.,** | ) | **(Damages Phase)** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **DEBRA JOHNSON, et al.,** | ) | |
| | ) | 8:03CV79 |
| **Plaintiffs,** | ) | |
| | ) | **AMENDED** |
| v. | ) | **FINAL PROGRESSION ORDER** |
| | ) | **(Damages Phase)** |
| **ROBERT N. WADE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Motion to Alter Dates filed by Defendants Robert Wade and Archway Cookies, L.L.C.

It is ordered that the Final Progression Order shall be altered as follows:

**5.   Pretrial Disclosures:**

Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall provide to all other parties the following information regarding the evidence that it may present at trial other than solely for impeachment purposes as soon as practicable, but not later than the date specified:

   **A.   Nonexpert Witnesses** – On or before October 20, 2005: The name, address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

  **B. Deposition Testimony and Discovery** – On or before October 20, 2005: 1) The portions of each deposition, designated by page and line, that it intends to offer and 2) each discovery response of another party it intends to offer.  Such designations and any objections thereto shall also be including in the final pretrial conference order.  See NECivR 16.2.

  **C. Trial Exhibits** – On or before October 20, 2005:  A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits.  The parties shall also designate on the list those exhibits it may offer only if the need arises.

All other pretrial disclosure dates shall remain consistent with the Final Progression Order.

  **DATED October 13, 2005.**

           **BY THE COURT:**

          **s/ F.A. Gossett**
          **United States Magistrate Judge**

Prepared and Submitted by:

Thomas M. Locher, #15797
LOCHER, CELLILLI, PAVELKA
 & DOSTAL, L.L.C.
200 The Omaha Club
2002 Douglas Street
Omaha, NE 68102