# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GREYHOUND LINES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:02CV191** |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ROBERT WADE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **DEBRA JOHNSON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **8:03CV79** |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ROBERT N. WADE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

These matters are before the court on defendants' motions to continue trial. The parties in *Johnson v. Wade*, 8:03CV79, recently executed a settlement agreement that requires approval by certain government agencies. Judgment in *Greyhound v. Wade*, 8:02CV191, cannot be entered until the other case is resolved. I find that the motions should be granted.

**IT IS ORDERED** that the motions for continuance are granted, as follows:

1. The trial and final pretrial conference in these cases are cancelled and will be rescheduled, as necessary by further order of the court.

2.	All progression order deadlines established in the Amended Final Progression Order filed October 13, 2005 are hereby suspended.

3.	Counsel shall advise the court immediately once all conditions of the Johnson settlement agreement are completed.

**DATED October 20, 2005.**

> BY THE COURT:
>
> s/ F.A. Gossett
> **United States Magistrate Judge**