# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GREYHOUND LINES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:02CV191** |
| vs. ) | |
| ) | **ORDER** |
| **ROBERT WADE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

The final pretrial conference in this case was cancelled based on the court's understanding that all parties agreed to the cancellation. All parties did not agree to a cancellation in this case. Accordingly, at the request of Daniel P. Chesire, counsel for Greyhound Lines, Inc.,

**IT IS ORDERED** that the final pretrial conference in this case will be held in chambers on Monday, October 24, 2005 at 1:30 p.m., as previously scheduled.

**DATED October 21, 2005.**

                                           **BY THE COURT:**

                                           s/ F.A. Gossett
                                           **United States Magistrate Judge**