# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GREYHOUND LINES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:02CV191** |
| vs. ) | |
| ) | **SCHEDULING ORDER** |
| **ROBERT WADE and ARCHWAY** ) | |
| **COOKIES, L.L.C. d/b/a SPECIALTY** ) | |
| **FOODS,** ) | |
| ) | |
| **Defendants.** ) | |

Considering the Parties' Stipulation Upon Damages Issues (#175), which includes the provision that the court should not enter a final judgment in this case until judgment is entered in related case 8:03CV79, *Johnson v. Wade*, together with defense counsel's representation that *Johnson v. Wade* has been settled,

**IT IS ORDERED** that the parties shall file briefs or any other appropriate submissions by **February 23, 2006** explaining why the court should defer entering a final judgment in this case.

**DATED February 9, 2006.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**