# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

**GREYHOUND LINES, INC.**

      **Plaintiff,**

                                                           **08:02CV191**

**vs.**

**ROBERT WADE and ARCHWAY**                              **ORDER**
**COOKIES, LLC. d/b/a/ SPECIALITY**
**FOODS,**

      **Defendants.**

      Before the magistrate judge is the parties' stipulated motion to fix the amount of a supersedeas bond for Defendants Robert Wade and Archway Cookies, LLC at $150,000.00 and, upon court approval of the supersedeas bond, to stay enforcement of the judgment pursuant to Fed. R. Civ. P. 62(d) pending disposition of Defendants' appeal to the United States Court of Appeals for the Eighth Circuit.

      The court finds that the amount of $150,000.00 is sufficient to satisfy the amount of the judgment, taxable costs, estimated post-judgment interest (calculated in accordance with 28 U.S.C. § 1961) and estimated taxable costs of the appeal, and that the motion should be granted.

      **IT IS ORDERED** that the motion (#194) is granted. Enforcement of the judgment in this matter is stayed effective on the date this court approves a supersedeas bond in the amount of $150,000.00 by a surety or sureties acceptable to the court.

      **DATED March 20, 2006.**

                                                  **BY THE COURT:**

                                                  **s/ F.A. Gossett**
                                                  **United States Magistrate Judge**